this resettled order plaintiff give a corporate surety undertaking in the sum of $2,500 to pay to the parties enjoined all damages and costs which they may sustain or suffer by reason of the aforesaid injunction; otherwise, the order appealed from is affirmed." Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CATHERINE TIERNEY, an Infant, by JOHN J. TIERNEY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— On reargument motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Seeger and Scudder, JJ.; Lazansky, P. J., taking no part.

JOHN J. TIERNEY, Respondent, v. IRVING FRIEDMAN, Appellant.— On reargument motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Seeger and Scudder, JJ.; Lazansky, P. J., taking no part.

TRIANGLE MINT CORPORATION, Respondent, v. GROVER A. WHALEN, as Police Commissioner of the City of New York, and MEMBERS OF THE POLICE DEPARTMEMT OF THE CITY OF NEW YORK, Appellants.— Motion to stay injunction granted upon condition that appellants perfect the appeal for Friday, October 11, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ANNA VERDONE, Respondent, v. JOHN F. CRAWFORD, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

FRANK VERDONE, Respondent, v. JOHN F. CRAWFORD, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ERNEST WEIL, Appellant, v. GRACE D. LAUBE and Others, Respondents.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

WHITTON AUTOMOTIVE PARTS COMPANY, Respondent, v. YALE ELECTRIC CORPORATION, Appellant. (Appeal No. 1.) WHITTON AUTOMOTIVE PARTS COMPANY, Respondent, v. YALE ELECTRIC CORPORATION, Appellant. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

YORK MORTGAGE CORPORATION, Appellant, v. CLOTAR CONSTRUCTION CORPORATION and Others, Defendants. OCEAN REALTY COMPANY, Respondent. OCEAN REALTY COMPANY, Respondent, v. CLOTAR CONSTRUCTION CORPORATION and Others, Defendants. YORK MORTGAGE CORPORATION, Appellant. (Actions 1, 2, 3, 4.) — In light of the fact that an appeal is pending before the Court of Appeals, motion for reargument denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

SYLVIA ABOWITZ, an Infant, by JACOB ABOWITZ, Her Guardian ad Litem, Respondent, v. MORRIS GHERSIN, Appellant.*— Judgment affirmed, with costs. No opinion. Young, Seeger and Carswell, JJ., concur; Lazansky, P. J., and

* Affd., 253 N. Y. ——.